The People of the State of Illinois, defendant in error, v. Anthony J. Nolan, plaintiff in error. Gen. No. 30,019.

Prosecution for threatening accusation for violating speed law, with intent to extort money. Defendant convicted. Error to the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Reversed. Opinion filed October 6, 1925.

Michael F. Ryan, for plaintiff in error. .Robert E. Crowe, State's Attorney, Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, for defendant in error.

Mr. Justice Fitch delivered the opinion of the court.

---

John Coutre, appellee, v. Ernest Ermel et al., appellants. Ernest Ermel et al., appellants, v. John Coutre and Henry Martin, trading as H. Martin & Company, appellees. Gen. No. 30,036.

Suit to set aside deeds. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed October 6, 1925.

Julius Limbach and Edward McTiernan, for appellants. Barney L. Hollowick, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Sam Korshak, appellee, v. Frank Balsis, appellant. Gen. No. 30,045.

Action for damages to automobile in collision with another car. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Paul B. Lauher, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed October 6, 1925.

Le Forgee, Schroeder & Tate, for appellant; Leo M. Tarpey, of counsel. Loucks, Eckert & Peterson, for appellee; Tom Leeming and John J. Morris, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Martin Hurwitz, petitioner, v. John F. Haas, respondent. Gen. No. 30,049.

Mandamus to compel signing and sealing of bill of exceptions. Petition denied. Opinion filed October 6, 1925.

Webster, Holmes & Holmgren, for petitioner. Albert W. Charles, for respondent.

Mr. Justice Fitch delivered the opinion of the court.

---

Nels Morine, appellant, v. Louise C. Achilles, appellee. Gen. No. 30,055.

Action on promissory note. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed October 6, 1925.

Cheney, Evans & Peterson, for appellant. David B. Maloney, for appellee.

Mr. Justice Fitch delivered the opinion of the court.